UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING'S HAWAIIAN HOLDING COMPANY, INC., a California corporation; and KING'S HAWAIIAN BAKERY WEST, INC. a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SUPER STORE INDUSTRIES, a California partnership, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00648-KJM-AC<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

According to the parties' stipulation, EFC No. 10, and good cause appearing, the court approves an extension of time for defendant Super Store Industries, until June 9, 2021, to respond to plaintiffs' complaint, ECF No. 1. This order resolves ECF No. 10.

IT IS SO ORDERED.

DATED: June 8, 2021.

CHIEF UNITED STATES DISTRICT JUDGE