SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
MICHELLE D. KAHN, Cal. Bar No. 124528
mkahn@sheppardmullin.com
GAZAL POUR-MOEZZI, Cal. Bar No. 285932
gpour-moezzi@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for Defendant
SUPER STORE INDUSTRIES

QUINN EMANUEL URQUHART & SULLIVAN, LLP
SCOTT B. KIDMAN, Cal. Bar No. 119856
scottkidman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: 213.443.3000
Facsimile: 213.443.3100

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
BRIAN M. WHEELER, Cal. Bar No. 266661
bwheeler@aalrr.com
SUSANA P. SOLANO, Cal. Bar No. 274411
susana.solano@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: 562.653.3200
Facsimile: 562.653.3333

Attorneys for Plaintiffs
KING'S HAWAIIAN HOLDING COMPANY, INC., and
KING'S HAWAIIAN BAKERY WEST, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KING'S HAWAIIAN HOLDING COMPANY, INC., a California corporation; and KING'S HAWAIIAN BAKERY WEST, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SUPER STORE INDUSTRIES, a California partnership, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00648-KJM-AC<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

-1-

SMRH:4837-1256-8047.1    ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

The court is in receipt of the stipulations at ECF Nos. 12 and 13.

Pursuant to the parties' Stipulations, and for good cause shown, IT IS HEREBY ORDERED that:

Defendant Super Store Industries shall have until June 23, 2021 to respond to the complaint. IT IS SO ORDERED.

DATED: June 21, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

