SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
MICHELLE D. KAHN, Cal. Bar No. 124528
mkahn@sheppardmullin.com
GAZAL POUR-MOEZZI, Cal. Bar No. 285932
gpour-moezzi@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for Defendant
SUPER STORE INDUSTRIES

QUINN EMANUEL URQUHART & SULLIVAN, LLP
SCOTT B. KIDMAN, Cal. Bar No. 119856
scottkidman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: 213.443.3000
Facsimile: 213.443.3100

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
BRIAN M. WHEELER, Cal. Bar No. 266661
bwheeler@aalrr.com
SUSANA P. SOLANO, Cal. Bar No. 274411
susana.solano@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: 562.653.3200
Facsimile: 562.653.3333

Attorneys for Plaintiffs
KING'S HAWAIIAN HOLDING COMPANY, INC., and
KING'S HAWAIIAN BAKERY WEST, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KING'S HAWAIIAN HOLDING COMPANY, INC., a California corporation; and KING'S HAWAIIAN BAKERY WEST, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SUPER STORE INDUSTRIES, a California partnership, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00648-KJM-AC<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

-1-

Pursuant to the parties' Stipulation, and for good cause shown, IT IS HEREBY ORDERED that:

Defendant Super Store Industries shall have until June 30, 2021 to respond to the complaint.

IT IS SO ORDERED.

DATED: June 23, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE