# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KING'S HAWAIIAN HOLDING COMPANY, INC., a California corporation; and KING'S HAWAIIAN BAKERY WEST, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SUPER STORE INDUSTRIES, a California partnership, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00648-KJM-AC<br><br>ORDER |

The court is in receipt of the parties' stipulation at ECF No. 17, to extend the time for defendants Super Store Industries to respond to plaintiffs' complaint, ECF No. 1. In light of defendants' answer to the complaint, filed on July 7, 2021 at ECF No. 18, the court disregards the stipulation. This order resolves ECF No. 17.

IT IS SO ORDERED.

DATED: July 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE